ALFREDA TAIT, Respondent, v. SAMUEL SWEETBAUM, Appellant, and JOSEPHINE VOGT, Defendant.— Order denying motion of defendant Sweetbaum to dismiss

amended complaint for insufficiency reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Paul* v. *Fargo* (84 App. Div. 9) and *Sachs* v. *Weinstein* (208 id. 360). Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs on the ground that the plaintiff in this action was not a party to the divorce action. She came into the case voluntarily and, therefore, was not maliciously prosecuted.